In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-14-00094-CV

**IN RE WELLS FARGO BANK, N.A., BANK OF MONTREAL, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, THOMAS E. MCGRAW AND TROY JEFFERSON**

**Original Proceeding**

## ORDER

Wells Fargo Bank, N.A., Bank of Montreal, The Prudential Insurance Company of America, Thomas E. McGraw, and Troy Jefferson filed a petition for writ of mandamus. The relators are defendants in Cause No. A-189,693. Relators seek a writ compelling the Honorable Robert J. Wortham, Judge of the 58th District Court of Jefferson County, Texas, to grant a continuance of the trial of the case and permit additional discovery. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relators request temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that jury selection in Cause No. A-189,693 is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relators as a condition to any relief herein granted.

The response of the real parties in interest, Conex Holdings, Inc., John Duplissey, James Duplissey, and William Harrington, is due March 13, 2014, at 5:00 p.m.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED March 3, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

2